Case 1:14-cv-00747-WWC   Document 141   Filed 03/22/17   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. SUSAN M. KEGERISE, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 1:CV-14-0747 |
| | : | |
| SUSQUEHANNA TOWNSHIP | : | (Judge Caldwell) |
| SCHOOL DISTRICT, et al. | : | |
| Defendants | : | |
| | : | |

*O R D E R*

AND NOW, this 22nd day of March 2017, it is ordered that:

   1.  Plaintiff's motion (Doc. 115) to allow her to withdraw her admissions to Defendants' requests for admission is granted.

   2.  Within fourteen (14) days of the date of this order, Plaintiff may serve upon Defendants her answers and/or objections to Defendants' requests for admissions.

   3.  Within fourteen (14) days after Defendants' receipt of Plaintiff's answers and/or objections, Defendants shall inform this court by letter if they need further discovery in light of the answers and/or objections and the nature of that discovery.

                                              /s/William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge