IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DR. SUSAN M. KEGERISE,      :
      Plaintiff      :
                :
     vs.      :   CIVIL NO. 1:CV-14-0747
                :
SUSQUEHANNA TOWNSHIP      :   (Judge Caldwell)
SCHOOL DISTRICT, et al.      :
     Defendants      :
                :

*O R D E R*

AND NOW, this 5th day of June, 2017, it is ordered that Defendant School

District's motion (Doc. 109) to extend discovery and to serve subpoenas on Abom &

Kutulakis, and Paul Blunt, Esq., is denied.

> /s/William W. Caldwell
> William W. Caldwell
> United States District Judge