IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. SUSAN M. KEGERISE,<br>　　Plaintiff | : |
| vs. | : CIVIL NO. 1:CV-14-0747 |
| SUSQUEHANNA TOWNSHIP<br>SCHOOL DISTRICT, et al.<br>　　Defendants | : (Judge Caldwell) |

## *O R D E R*

AND NOW, this 3rd day of November, 2017, it is ordered that Defendants' motion (Doc. 150) to stay this case is denied.

　　　　　　　　　　　　　　　　　　/s/William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge