**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SUSAN M. KEGERISE,** | : | |
| **Plaintiff** | : | No. 1:14-cv-0747 |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SUSQUEHANNA TOWNSHIP** | : | |
| **SCHOOL DISTRICT, <u>et al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 21st day of June 2018, upon consideration of Defendants' second

motion for summary judgment (Doc. No. 152), **IT IS ORDERED THAT**:

1. Defendants' motion (Doc. No. 152), is **GRANTED** as to Counts II, III, and VIII of Plaintiff's third amended complaint (Doc. No. 39), and the Clerk is directed to enter judgment in favor of Defendants and against Plaintiff upon the conclusion of the above-captioned action;

2. Defendants' motion (Doc. No. 152), is **DENIED** as to Counts IV, VII, IX, X, and XII of the third amended complaint (Doc. No. 39);

3. Plaintiff is permitted to file a motion for leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a) within fourteen (14) days of the date of this Order, and in accordance with the Memorandum entered concurrently with this Order; and

4. A status conference is scheduled in the above-captioned action for Friday, August 17, 2018 at 11:30 a.m. The Court prefers to conduct this conference by telephone. Plaintiff's counsel shall initiate the call. The telephone number of the Court is 717-221-3990.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania