IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUSAN M. KEGERISE,
    Plaintiff

v.

SUSQUEHANNA TOWNSHIP
SCHOOL DISTRICT, et al.,
    Defendants

No. 1:14-cv-0747

(Judge Kane)

## ORDER

**AND NOW**, on this 5th day of April 2019, consistent with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendants' motion in limine (Doc. No. 209), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' motion is **GRANTED** as to: (1) testimony from Dr. Chorney and (2) testimony from Plaintiff regarding her retirement benefits;

2. Defendants' motion is **DENIED** as to: (1) testimony of Earl Crum, Dr. John Sygielski, Gae Bradley, and Karen Kesler; (2) evidence and testimony pertaining to the subsequent hiring of Oslwen Anderson as a business manager for purposes of Plaintiff's sex discrimination claim; (3) and evidence and testimony contradictory to the opinion issued by the Supreme Court of Pennsylvania in Plaintiff's mandamus action; and

3. Defendants' motion is **DENIED WITHOUT PREJUDICE** to Defendants' ability to raise a challenge to the admissibility of the following evidence at trial: (1) testimony by attorney witnesses; (2) evidence and testimony as to claims previously dismissed by the Court; (3) and testimony from Peter Sakol and Kathy DelGrande.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania